# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Adrian E. Campbell, | JUDGMENT IN CASE |
| Plaintiff(s), | 5:19-cv-00145-FDW |
| vs. | |
| Andrew M. Saul, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 17, 2020 Order.

April 17, 2020

Frank G. Johns, Clerk
United States District Court